1  BORIS FELDMAN, State Bar No.128838
   LEO P. CUNNINGHAM, State Bar No. 121605
2  DANIEL W. TURBOW, State Bar No. 175015
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: dturbow@wsgr.com

7  Attorneys for Defendants,
   LEAPFROG ENTERPRISES, INC.,
8  JAMES P. CURLEY, and THOMAS J.
   KALINSKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDDE GENTRY and JASON KANG, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES P. CURLEY, THOMAS J. KALINSKE, and LEAPFROG ENTERPRISES, INC.,<br><br>Defendants. | Case No. C-05-02279-MJJ<br><br>Granted<br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO THE CLASS ACTION COMPLAINT**<br><br>Date: N/A<br>Time: N/A<br>Before: The Hon. Martin J. Jenkins |

STIP EXTENDING DEFS' TIME TO RESPOND
TO THE COMPLAINT
CASE NO. C-05-02279-MJJ

C:\NrPortbl\PALIB1\FB1\2671514_2.DOC

Pursuant to Local Rule 6-1, Plaintiffs and Defendants in the instant action, by and through their counsel of record, hereby stipulate and agree that the time for Defendants to respond to the Complaint in this action is extended to August 29, 2005. This extension does not impact any court ordered deadlines.

Dated: June 27, 2005             SCOTT + SCOTT, LLC


                                 By:   /s/ Arthur L. Shingler III
                                       Arthur L. Shingler III

                                 Counsel for Plaintiffs Fredde Gentry and
                                 Jason Kang

Dated: June 27, 2005             WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation


                                 By:   /s/ Daniel W. Turbow
                                       Daniel W. Turbow

                                 Counsel for Defendants Leapfrog Enterprises, Inc.,
                                 James P. Curley, and Thomas J. Kalinske

6/28/2005

APPROVED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP EXTENDING DEFS' TIME TO RESPOND        -1-        C:\NrPortbl\PALIB1\FB1\2671514_2.DOC
TO THE COMPLAINT
CASE NO. C-05-02279-MJJ

1     I hereby attest that I have on file all holograph signatures for any signatures indicated by
2 a "conformed" signature (/S/) within this efiled document.

3 Dated: June 27, 2005                  WILSON SONSINI GOODRICH & ROSATI
                                                      Professional Corporation

By:   /s/ Daniel W. Turbow
       Daniel W. Turbow

Counsel for Defendants Leapfrog Enterprises, Inc., James P. Curley, and Thomas J. Kalinske