BORIS FELDMAN, State Bar No.128838
LEO P. CUNNINGHAM, State Bar No. 121605
DANIEL W. TURBOW, State Bar No. 175015
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Defendants
LEAPFROG ENTERPRISES, INC.,
TIMOTHY M. BENDER, JAMES P. CURLEY, MARK B. FLOWERS, THOMAS J. KALINSKE, ROBERT W. LALLY, JAMES L. MARGGRAFF, PAUL A. RIOUX and MICHAEL C. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/5/05*

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC., SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>    All Actions. | No. C-03-05421 (RMW)<br>And Related Cases<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER VACATING OCTOBER 14, 2005 CASE MANAGEMENT CONFERENCES**<br><br>DATE: October 14, 2005<br>TIME: 10:30 a.m.<br>JUDGE: The Honorable Ronald M. Whyte |

1    WHEREAS, on August 29, 2005, the Court issued an Order re Clerk's Notice of Setting Case Management Conference for October 14, 2005 in the action entitled *The Parnassus Fund, et al. v. Curley, et al.*, C-05-01695-RMW ("*Parnassus*");

   WHEREAS, on August 29, 2005, the Court issued a similar notice setting a Case Management Conference on October 14, 2005 in the action *Gentry et al. v. Curley, et al.*, C-05-02279-RMW ("*Gentry*");

   WHEREAS, on July 5 and 27, 2005, the Court issued orders relating the *Parnassus* and *Gentry* actions to the actions consolidated by the Court in its March 31, 2005 order in the instant *In re LeapFrog Enterprises, Inc., Securities Litigation*, No. C-03-05421 (RMW) ("*Miller*") (the *Miller* consolidated action and the *Parnassus* and *Gentry* actions are collectively referred to herein as the "LeapFrog Class Actions");

   WHEREAS, the Court's orders of July 5 and 27 also directed that notice be published to members of the putative class of plaintiffs alleged in the Consolidated Complaint filed in *Miller* on June 17, 2005, and providing such putative class members with an opportunity to move to be appointed lead plaintiff within 60 days of such notice;

   WHEREAS, in accordance with the Court's orders of July 5 and 27, notice to the putative class members was published on August 2, 2005, and the deadline for any plaintiff in the LeapFrog Class Actions to move to be appointed lead plaintiff is October 3, 2005; and

   WHEREAS, because the lead plaintiff issues and the pleadings have not yet been settled, the parties believe that it would not be efficient to have the Case Management Conferences in the *Parnassus* and *Gentry* actions on October 14, 2005, and believe that the Case Management Conferences should be vacated until after the pleadings are settled.

   NOW THEREFORE, it is stipulated and agreed by the parties to the *Parnassus* and *Gentry* actions, by and through their counsel of record and subject to the approval of the Court,

/ / /

1  that the October 14, 2005 Case Management Conferences should be vacated until after the

2  pleadings are settled in the LeapFrog Class Actions and until further notice from the Court.

3  Dated: September 2, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
4

5                                               By:   /s/ Daniel W. Turbow
                                                      Daniel W. Turbow
6
                                                Counsel for Defendants
7

8  Dated: September 2, 2005                    COHEN, MILSTEIN, HAUSFELD & TOLL,
                                                P.L.L.C.
9                                               Catherine A. Torell
                                                Elizabeth Berney
10                                              150 East 52nd Street, Thirtieth Floor
                                                New York, NY  10022
11                                              Telephone: (212) 838-7797
                                                Facsimile: (212) 838-7745
12                                              Email: eberney@cmht.com

13
                                                By:   /s/ Elizabeth Berney
14                                                    Elizabeth Berney

15
                                                COHEN, MILSTEIN, HAUSFELD & TOLL,
16                                              P.L.L.C.
                                                Steven J. Toll
17                                              Matthew K. Handley
                                                1100 New York Avenue, N.W.
18                                              West Tower, Suite 500
                                                Washington, DC  20005
19                                              Telephone: (202) 408-4600
                                                Facsimile: (202) 408-4699
20                                              Email: stoll@cmht.com

21                                              - and -

22                                              BERMAN DEVALERIO PEASE TABACCO
                                                BURT & PUCILLO
23                                              Joseph J. Tabacco, Jr.
                                                Christopher T. Heffelfinger
24                                              425 California Street, Suite 2100
                                                San Francisco, CA  94104-2205
25                                              Telephone: (415) 433-3200
                                                Facsimile: (415) 433-6382
26                                              Email: jtabacco@bermanesq.com

27                                              Counsel for Plaintiffs
                                                The Parnassus Fund And The Parnassus Equity
28                                              Income Fund

| | | |
|---|---|---|
| 1 | Dated:  September 2, 2005 | SCOTT + SCOTT, LLC |
| | | Arthur L. Shingler III |
| 2 | | 401 B Street, Suite 307 |
| | | San Diego, CA  92101 |
| 3 | | Telephone:  (619) 233-4565 |
| | | Facsimile:  (619) 233-0508 |
| 4 | | Email:  ashingler@scott-scott.com |

By:    /s/ Arthur L. Shingler III
          Arthur L. Shingler III

Counsel for Plaintiffs Fredde Gentry and Jason Kang

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   10/5/05                                /S/ RONALD M. WHYTE
                                                           The Honorable Ronald M. Whyte
                                                           United States District Judge

1  I, Daniel W. Turbow, am the ECF User whose identification and password are being used
2 to file this Stipulation and [Proposed] Order Vacating October 14, 2005 Case Management
3 Conferences. In compliance with General Order 45.X.B, I hereby attest that Elizabeth Berney
4 and Arthur L. Shingler III have concurred in this filing.

Dated:  September 2, 2005              WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation


                                       By:    /s/ Daniel W. Turbow
                                              Daniel W. Turbow

                                       Counsel for Defendants

# CERTIFICATE OF SERVICE

I, Franchette Garcia, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**STIPULATION AND [PROPOSED] ORDER VACATING OCTOBER 14, 2005 CASE MANAGEMENT CONFERENCES**

☒   By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

See attached Service List

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Palo Alto, California on September 2, 2005.

　　　　　　　　　　　　　　　　　　　　　　/s/ Franchette Garcia
　　　　　　　　　　　　　　　　　　　　　Franchette Garcia

## SERVICE LIST

| | |
|---|---|
| *  Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>**Berman DeValerio Pease Tabacco Burt & Pucillo**<br>425 California Street, Suite 2025<br>San Francisco, CA  94104<br>Email:  jtabacco@bermanesq.com<br>cheffelfinger@bermanesq.com | Attorneys for Plaintiffs The Parnassus Fund and The Parnassus Equity Income Fund |
| **  Steven J. Toll<br>Matthew K. Handley<br>**Cohen Milstein, Hausfeld & Toll, P.L.L.C.**<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC  20005<br>Email:  stoll@cmht.com | Attorneys for Plaintiffs The Parnassus Fund and The Parnassus Equity Income Fund |
| **  Catherine A. Torell<br>Elizabeth Berney<br>**Cohen Milstein, Hausfeld & Toll, P.L.L.C.**<br>150 East 52nd Street, Thirtieth Floor<br>New York, NY  10022<br>Email:  ctorell@cmht.com<br>eberney@cmht.com | Attorneys for Plaintiffs The Parnassus Fund and The Parnassus Equity Income Fund |
| *  David R. Scott<br>Arthur L. Shingler III<br>**Scott + Scott, LLC**<br>401 B Street, Suite 307<br>San Diego, CA  92101<br>Email:  drscott@scott-scott.com<br>ashingler@scott-scott.com | Attorneys for Plaintiffs Fredde Gentry and Jason Kang |
| *  Patrick J. Coughlin<br>Kimberly C. Epstein<br>Christopher P. Seefer<br>Luke O. Brooks<br>**Lerach Coughlin Stoia Geller Rudman & Robbins LLP**<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Email:  patc@lerachlaw.com<br>kimcor@lerachlaw.com<br>chriss@lerachlaw.com<br>LukeB@lerachlaw.com | Attorneys for Plaintiff Jerry Miller<br><br>Attorneys for Plaintiff Carolee Ornelas |

///

| | | |
|---|---|---|
| * William S. Lerach<br>Darren J. Robbins<br>**Lerach Coughlin Stoia Geller Rudman & Robbins LLP**<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>Email:  wsl@lerachlaw.com<br>darrenr@lerachlaw.com | Attorneys for Plaintiff Jerry Miller<br><br>Attorneys for Plaintiff Carolee Ornelas | |
| * Laurence D. King<br>Linda M. Fong<br>**Kaplan Fox & Kilsheimer LLP**<br>555 Montgomery St., Suite 1501<br>San Francisco, CA  94111<br>Email:  lking@kaplanfox.com<br>lfong@kaplanfox.com | Attorneys for Marc Abrams | |
| * Lionel Z. Glancy<br>Peter A. Binkow<br>Michael M. Goldberg<br>**Glancy Binkow & Goldberg LLP**<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067<br>Email:  info@glancylaw.com | Attorneys for Arlene E. Medlyn | |
| * Solomon B. Cera<br>Gwendolyn R. Giblin<br>**Gold Bennett Cera & Sidener, LLP**<br>595 Market Street, Suite 2300<br>San Francisco, CA  94105<br>Email:  scera@gbcsf.com<br>ggiblin@gbcsf.com | Attorneys for Plaintiff Carol N. Weil | |
| * Marc S. Henzel<br>**Law Offices of Marc S. Henzel**<br>273 Montgomery Avenue, Suite 202<br>Bala Cynwyd, PA  19004<br>Email:  mhenzell182@aol.com | Attorneys for Plaintiff Carol N. Weil | |

* Denotes service via Electronic Case Filing system.

** Denotes service via U.S. Mail